**THE LAW OFFICES OF C.R. HYDE**
**CHARLES R. HYDE, PCC 65724, ASB 022512**
182 North Court Avenue
Tucson, AZ 85701
Telephone: (520) 270-1110
Facsimile: (520) 547-2475
crhydejd@yahoo.com
Attorney for Movant

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>CHARLES JOHN CROWELL and CHRISTA KAYE CROWELL, a/k/a CHRISTA KAYE AGUILAR, a/k/a CHRISTA KAY ZURCHER<br><br>        Debtor.<br>_____<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT1,<br><br>        Plaintiff,<br><br>      vs.<br><br>J&J and A&A, LLC, an Arizona Limited Liability Company; CHARLES JOHN CROWELL and CHRISTA KAYE CROWELL,<br><br>        Defendants.<br>_____ | In proceedings Under Chapter 11<br><br>Adversary Number 4:10-ap-00156-JMM<br><br>NO. **4:09-BK-07333-JMM**<br><br><br>**DEFENDANT J&J and A&A, LLC'S ANSWER TO PLAINTIFFS COMPLAINT FOR DECLARATORY RELIEF** |

      COMES NOW Defendant J&J and A&A, LLC ("J&J"), by and through its undersigned counsel, and for its answer to Plaintiff's complaint for declaratory relief admits denies and alleges as follows:

      1.    Admits the allegations contained in paragraphs 1, 2, 3, 4, 5 and 6 of Plaintiff's Complaint;

1    2.    Is without sufficient information to either admit or deny the allegations contained in

2    paragraphs 7 and 8 of Plaintiff's complaint and therefore denies the same;

3    3.    Admits the allegations contained in paragraph 9 of Plaintiff's complaint that on

4    January 5, 2007 J&J recorded a deed of trust granted by defendants Crowell on the subject Property

5    and other properties to secured its $1,090,000.00 loan to defendants Crowell.

6    4.    Is without sufficient information to either admit or deny the allegations contained in

7    paragraphs 10 and therefore denies the same.

8    5.    Admits the allegations contained in paragraphs 11, 12, 13 and 14.

9    **ANSWER TO COUNT ONE**

10    6.    Defendant reasserts its answers as set forth above as if fully set forth in its

11    response to Plaintiff's Count One.

12    7.    Denies the allegations contained in paragraph 16 of Plaintiff's complaint that J&J

13    was either aware of or had notice concerning Plaintiff's Deed of Trust at any time until it

14    commenced its own notice of trustee's sale on

15    8.    Denies the allegations contained in paragraphs 17 and 18, and alleges that the

16    Court should declare that J&J's deed of trust perfected and duly recorded a first priority lien

17    position without notice of Plaintiff's deed of trust.

18    **ANSWER TO COUNT TWO**

19    9.    Defendant reasserts its answers as set forth above as if fully set forth in its

20    response to Plaintiff's Count Two.

21    10.    Admits the allegations contained in paragraph 20 of Plaintiff's complaint.

22    11.    Denies the allegations contained in paragraph 21 of Plaintiff's complaint. J&J

23    alleges that Defendants Crowell have not tendered a payment on the property since February 2007.

24    Accordingly, J&J denies the allegations contained in paragraph 22 of Plaintiff's complaint.

25    12.    Denies the allegations contained in paragraphs 23 and 24 of Plaintiff's complaint that

26    the release provision contained in the Note is still operative when the makers of the Note are in

1    default, the entire note was due and payable in June 2008, and a trustee's sale was duly noticed prior

2    to the commencement of the Defendants Crowells' bankruptcy.

3           WHEREFORE J&J respectfully requests that this Court enter judgment in favor of J&J by

4    declaring:

5           1.      That J&J's deed of trust was perfected and duly recorded as a first priority lien

6    position without notice of Plaintiff's deed of trust.

7           2.      The release provision contained in the Note is not operative;

8           3.      That J&J be awarded its costs and attorneys fees for having to defend this action;

9           4.      Any other orders that the Court deems just and equitable in the premises.

10   DATED this 1ST day of February 2010.

11                                                          The Law Offices of C.R. Hyde

12                                                          /s/ CRH #0022512

13                                                          _____
                                                            CHARLES R. HYDE
14                                                          Attorney at Law

15

16   Copy of the foregoing mailed this date

17   2-1-2010 to:

18   U.S. Trustee
19   230 N. First Avenue, Ste 204
     Phoenix AZ 85003

20
     Michael Plati, Esquire
21   Mariscal, Weeks, Macintyre
     2901 North Central Avenue Suite 200
22   Phoenix, AZ 85012-2705

23   Pernell W. McGuire, Esquire
     McGuire Gardner, PLLC
24   320 N. Leroux, Suite A
     Flagstaff, AZ. 86001

25

26